# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, § § § | |
| Plaintiff, § | Case No: 4:21-cv-00638-DDN |
| § | |
| vs. § | PATENT CASE |
| § | |
| WEEKENDS ONLY, INC., § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" or "GLI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Weekends Only, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i), with each party to bear its own fees and costs.

Dated: June 22, 2021        Respectfully submitted,

> */s/ Robert J. Vincze*
> Robert Vincze (MO #37687)
> Law Offices of Robert J. Vincze
> PO Box 792
> Andover, Kansas 67002
> 303-204-8207
> vinczelaw@att.net
>
> **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically on June 22, 2021 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service or email.

                                       */s/ Robert J. Vincze*
                                       Robert Vincze (MO #37687)